UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL VIDEAU** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4774** |
| **DARREL VANNOY, WARDEN** | **SECTION "F" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on June 10, 2019 (Rec. Doc. No. 19), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Michael Videau is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this __9th__ day of _____July_____, 2019.

_____
**MARTIN L.C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**